# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER A. KOTT, JR.

NO. 2023 KW 0334

**JUNE 20, 2023**

---

In Re:    Walter A. Kott, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 378041.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.** The medical report offered in the instant application for postconviction relief in support of relator's factual innocence claim does not constitute new evidence. Therefore, relator has failed to point to any new, reliable, and noncumulative evidence to substantiate his claim of factual innocence. See La. Code Crim. P. art. 926.2(B). The other claims in the application for postconviction relief do not meet any of the enumerated exceptions to La. Code Crim. P. art. 930.8 time bar. Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief.

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT